UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | | Case No. 4:21-CR-559 |
| | Plaintiff, | |
| | | <u>EWING WERLEIN</u> |
| v. | | **JUDGE** |
| **JOHN CASTELLANO,** | | |
| | | **MOTION TO SUPPRESS HEARING** |
| | Defendant. | _____ |
| | | **COURTROOM CLERK** |
| | | _____ |
| | | **COURTROOM REPORTER** |

# <u>GOVERNMENT'S MOTION TO SUPPRESS EXHIBIT LIST</u>

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1. | Melber Judgement and Sentence for Felony Conviction | Yes/No | Yes/No | | |
| 2. | ATF Form 4473 Castellano Texas Tactical Gear 12/16/2019 | Yes/No | Yes/No | | |
| 3. | HPD Christopher Cutshall BWC | Yes/No | Yes/No | | |
| 4. | Recorded Interview with Jacinto Zuniga | Yes/No | Yes/No | | |
| 5. | Recorded Interview with John Castellano | Yes/No | Yes/No | | |
| 6. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009124 | Yes/No | Yes/No | | |
| 7. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009124 | Yes/No | Yes/No | | |
| 8. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009181 | Yes/No | Yes/No | | |
| 9. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009181 | Yes/No | Yes/No | | |
| 10. | Physical Cellphone of Castellano | Yes/No | Yes/No | | |
| 11. | Photograph of Castellano Cellphone | Yes/No | Yes/No | | |
| 12. | Castellano Cellphone SW affidavit | Yes/No | Yes/No | | |

| | | | | | |
|---|---|---|---|---|---|
| 13. | Castellano Cellphone SW | Yes/No | Yes/No | | |
| 14. | Video of WhatsApp Messages between Castellano and Zuniga (1 of 2) DSC 0027 | Yes/No | Yes/No | | |
| 15. | Video of WhatsApp Messages between Castellano and Zuniga (2 of 2) DSC 0028 | Yes/No | Yes/No | | |