# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | |
| v. | **Case No.** 4:21-CR-559 |
| **JOHN CASTELLANO,** | |
| Defendant. | |

## AMENDED GOVERNMENT'S OFFER OF TRIAL EXHIBITS
## PURSUANT TO LOCAL RULE Cr. LR 55.2

TO THE HONORABLE JUDGE EWING WERLEIN JR.:

COMES NOW the United States of America, by and through Nicholas Ganjei, United States Attorney in and for the Southern District of Texas, and Benjamin Smith, Special Assistant United States Attorney, and Jill Stotts, Assistant United States Attorney, files this offer of trial exhibits pursuant to local rule Cr. LR 55.2.

I.

Cr. LR 55.2 provides in pertinent part:

**Authentication of Exhibits.** A party requiring authentication of an exhibit must notify the offering party in writing within seven days after the exhibit is listed and made available. Failure to object in advance of trial in writing concedes authenticity.

**Objections to Exhibits.** Objections to admissibility of exhibits must be made at least seven days before trial by notifying the Court in writing of the disputes, with copies of the disputed exhibit and authority.

II.

The Government intends to introduce, among other things, the exhibits listed in the

1

attached Government's Exhibit List.

## III.

The exhibits have been made available through the United States Attorney's Office discovery process, in hard copies, via email, via USAfx system, or by providing notice and opportunity to inspect with respect to seized evidence.

WHEREFORE, PREMISES CONSIDERED, the Government requests that the defendant comply with Cr. LR 55.2.

Respectfully submitted,

Nicholas Ganjei
United States Attorney


*/s/Benjamin Smith*
Benjamin Smith
Special Assistant United States Attorney


## CERTIFICATE OF SERVICE

On April 16, 2025 the Government served a copy of its Offer of Trial Exhibits Pursuant to Cr. LR 55.2 by ECF and via email upon Gene Tausk, counsel of record for defendant John Castellano.

*/s/Benjamin Smith*
Benjamin Smith
Special Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JOHN CASTELLANO, Defendant. | Case No. 4:21-CR-559 <br><br>**EWING WERLEIN** <br>**JUDGE** <br><br>_____ <br>**COURTROOM CLERK** <br><br>_____ <br>**COURTROOM REPORTER** |
|---|---|

**AMENDED GOVERNMENT'S EXHIBIT LIST**

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1. | ATF Blank Form 4473 (2016) | Yes/No | Yes/No | | |
| 2. | FFL Texas Tactical Gear License Certification (Blue Ribbon) | Yes/No | Yes/No | | |
| 3. | Business Record Affidavit Texas Tactical Gear | Yes/No | Yes/No | | |
| 4. | ATF Form 4473 Castellano Texas Tactical Gear 12/16/2019 | Yes/No | Yes/No | | |
| 5. | Sales Order Texas Tactical Gear | Yes/No | Yes/No | | |
| 6. | Invoice Texas Tactical Gear | Yes/No | Yes/No | | |
| 7. | Multiple Sales Texas Tactical Gear | Yes/No | Yes/No | | |
| 8. | Sales Order Ammo Texas Tactical | Yes/No | Yes/No | | |
| 9. | Video at Texas Tactical Gear | Yes/No | Yes/No | | |
| 10. | Photo of Vehicle | Yes/No | Yes/No | | |
| 11. | Photo of Firearm in Vehicle | Yes/No | Yes/No | | |
| 12. | Photo of Ammunition in Vehicle | Yes/No | Yes/No | | |
| 13. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009124 | Yes/No | Yes/No | | |
| 14. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009124 | Yes/No | Yes/No | | |

| # | Item | | | | |
|---|------|---|---|---|---|
| 15. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009181 | Yes/No | Yes/No | | |
| 16. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009181 | Yes/No | Yes/No | | |
| 17. | Barrett .50 Caliber Rifle SN: AA009124 | Yes/No | Yes/No | | |
| 18. | Barrett .50 Caliber Rifle SN: AA009181 | Yes/No | Yes/No | | |
| 19. | .50 Caliber Ammunition | Yes/No | Yes/No | | |
| 20. | C.V. SA Michael Gonzalez (Phone Expert) | Yes/No | Yes/No | | |
| 21. | Screen Shot Cellebrite Reader Confirming CASTELLANO phone | Yes/No | Yes/No | | |
| 22. | Physical Cellphone of Castellano | Yes/No | Yes/No | | |
| 23. | Photograph Cellphone of Castellano | Yes/No | Yes/No | | |
| 24. | Cellphone Search Warrant Castellano | Yes/No | Yes/No | | |
| 25. | Cellphone Download Castellano | Yes/No | Yes/No | | |
| 26. | Physical Cellphone of Jacinto Zuniga | Yes/No | Yes/No | | |
| 27. | Consent to Search Cellphone Zuniga | Yes/No | Yes/No | | |
| 28. | Cellphone Download Zuniga | Yes/No | Yes/No | | |
| 29. | Physical Cellphone of William Melber | Yes/No | Yes/No | | |
| 30. | Consent to Search Cellphone William Melber | Yes/No | Yes/No | | |
| 31. | Cellphone Download William Melber | Yes/No | Yes/No | | |
| 32. | Video of WhatsApp Messages between Castellano and Zuniga (1 of 2) DSC 0027 | Yes/No | Yes/No | | |
| 33. | Video of WhatsApp Messages between Castellano and Zuniga (2 of 2) DSC 0028 | Yes/No | Yes/No | | |
| 34. | Summary Chart WhatsApp Messages from WhatsApp DSC 27 and DSC 28 | Yes/No | Yes/No | | |
| 35. | Patrol Recording of Castellano and Melber 1:39:38 thru 1:40:57 | Yes/No | Yes/No | | |

| | | | | | |
|---|---|---|---|---|---|
| 36. | Patrol Recording of Castellano and Melber 1:39:38 thru 1:40:57 with transcript | Yes/No | Yes/No | | |
| 37. | Department of State Report Confirming Castellano/Zuniga/No License to Export Firearms or Ammunition | Yes/No | Yes/No | | |
| 38. | Department of State Report Confirming Melber/No License to Export Firearms or Ammunition | Yes/No | Yes/No | | |
| 39. | Department of State Report Confirming .50 Caliber Firearm and Ammunition Require License to Export | Yes/No | Yes/No | | |
| 40. | Photograph inside Athena FFL | Yes/No | Yes/No | | |
| 41. | Castellano Recorded Interview | Yes/No | Yes/No | | |
| 42. | Zuniga Certified Judgement and Sentence for Federal Convictions | Yes/No | Yes/No | | |
| 43. | Melber Judgement and Sentence for Felony Conviction | Yes/No | Yes/No | | |
| 44. | HPD Christopher Cutshall BWC | Yes/No | Yes/No | | |
| 45. | Stipulation of the Parties | Yes/No | Yes/No | | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |
| 51. | | | | | |
| 52. | | | | | |
| 53. | | | | | |
| 54. | | | | | |
| 55. | | | | | |