UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA, Plaintiff, v. JOHN CASTELLANO, Defendant. | Case No. 4:21-CR-559 <br><br> <u>EWING WERLEIN</u> <br> JUDGE <br><br> COURTROOM CLERK <br><br> COURTROOM REPORTER |
|---|---|

## AMENDED GOVERNMENT'S EXHIBIT LIST

| NO. | DESCRIPTION | OFFER | OBJ | ADMIT | N/ADM |
|---|---|---|---|---|---|
| 1. | ATF Blank Form 4473 (2016) | Yes/No | Yes/No | ✓ | |
| 2. | FFL Texas Tactical Gear License Certification (Blue Ribbon) | Yes/No | Yes/No | ✓ | |
| 3. | Business Record Affidavit Texas Tactical Gear | Yes/No | Yes/No | ✓ | |
| 4. | ATF Form 4473 Castellano Texas Tactical Gear 12/16/2019 | Yes/No | Yes/No | ✓ | |
| 5. | Sales Order Texas Tactical Gear | Yes/No | Yes/No | ✓ | |
| 6. | Invoice Texas Tactical Gear | Yes/No | Yes/No | ✓ | |
| 7. | Multiple Sales Texas Tactical Gear | Yes/No | Yes/No | ✓ | |
| 8. | Sales Order Ammo Texas Tactical | Yes/No | Yes/No | ✓ | |
| 9. | Video at Texas Tactical Gear | Yes/No | Yes/No | ✓ | |
| 10. | Photo of Vehicle | Yes/No | Yes/No | ✓ | |
| 11. | Photo of Firearm in Vehicle | Yes/No | Yes/No | ✓ | |
| 12. | Photo of Ammunition in Vehicle | Yes/No | Yes/No | ✓ | |
| 13. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009124 | Yes/No | Yes/No | ✓ | |
| 14. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009124 | Yes/No | Yes/No | ✓ | |

3

offer  obj  Admit N/admit

| | | offer | obj | Admit | N/admit |
|---|---|---|---|---|---|
| 15. | Photograph #1 Barrett .50 Caliber Rifle (Overall) SN: AA009181 | Yes/No | Yes/No | ✓ | |
| 16. | Photograph #2 Barrett .50 Caliber Rifle (SN) SN: AA009181 | Yes/No | Yes/No | ✓ | |
| 17. | Barrett .50 Caliber Rifle SN: AA009124 | (Yes)/No | (Yes)/No | ✓ | |
| 18. | Barrett .50 Caliber Rifle SN: AA009181 | (Yes)/No | (Yes)/No | ✓ | |
| 19. | .50 Caliber Ammunition | (Yes)/No | (Yes)/No | ✓ | |
| 20. | C.V. SA Michael Gonzalez (Phone Expert) | Yes/No | Yes/No | ✓ | |
| 21. | Screen Shot Cellebrite Reader Confirming CASTELLANO phone | Yes/No | Yes/No | ✓ | |
| 22. | Physical Cellphone of Castellano | Yes/No | Yes/No | ✓ | |
| 23. | Photograph Cellphone of Castellano | Yes/No | Yes/No | ✓ | |
| 24. | Cellphone Search Warrant Castellano | Yes/No | Yes/No | ✓ | |
| 25. | Cellphone Download Castellano | Yes/No | Yes/No | ✓ | |
| 26. | Physical Cellphone of Jacinto Zuniga | Yes/No | Yes/No | ✓ | |
| 27. | Consent to Search Cellphone Zuniga | Yes/No | Yes/No | ✓ | |
| 28. | Cellphone Download Zuniga | Yes/No | Yes/No | ✓ | |
| 29. | Physical Cellphone of William Melber | Yes/No | Yes/No | ✓ | |
| 30. | Consent to Search Cellphone William Melber | Yes/No | Yes/No | ✓ | |
| 31. | Cellphone Download William Melber | Yes/No | Yes/No | | |
| 32. | Video of WhatsApp Messages between Castellano and Zuniga (1 of 2) DSC 0027 | (Yes)/No | (Yes)/No | ✓ | |
| 33. | Video of WhatsApp Messages between Castellano and Zuniga (2 of 2) DSC 0028 | (Yes)/No | (Yes)/No | ✓ | |
| 34. | Summary Chart WhatsApp Messages from WhatsApp DSC 27 and DSC 28 | Yes/No | Yes/No | | |
| 35. | Patrol Recording of Castellano and Melber 1:39:38 thru 1:40:57 | (Yes)/No | Yes/No | ✓ | |

| | | Offer | obj. | admit | n/admit |
|---|---|---|---|---|---|
| 36. | Patrol Recording of Castellano and Melber 1:39:38 thru 1:40:57 with transcript | Yes/No (Yes circled) | Yes/No | ✓ | |
| 37. | Department of State Report Confirming Castellano/Zuniga/No License to Export Firearms or Ammunition | Yes/No | Yes/No | ✓ | |
| 38. | Department of State Report Confirming Melber/No License to Export Firearms or Ammunition | Yes/No | Yes/No | ✓ | |
| 39. | Department of State Report Confirming .50 Caliber Firearm and Ammunition Require License to Export | Yes/No | Yes/No | ✓ | |
| 40. | Photograph inside Athena FFL | Yes/No | Yes/No | ✓ | |
| 41. | Castellano Recorded Interview | Yes/No | Yes/No | | |
| 42. | Zuniga Certified Judgement and Sentence for Federal Convictions | Yes/No | Yes/No | | |
| 43. | Melber Judgement and Sentence for Felony Conviction | Yes/No | Yes/No | ✓ | |
| 44. | HPD Christopher Cutshall BWC | Yes/No | Yes/No | ✓ | |
| 45. | Stipulation of the Parties | Yes/No | Yes/No | WITHDRAWN | |
| 46. | | | | | |
| 47. | | | | | |
| 48. | | | | | |
| 49. | | | | | |
| 50. | | | | | |
| 51. | | | | | |
| 52. | | | | | |
| 53. | | | | | |
| 54. | | | | | |
| 55. | | | | | |

5