| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

HOUSTON DIVISION

| | | |
|---|---|---|
| United States of America | § § | |
| vs. | § § | C. R. No. H-21-559 |
| JOHN CASTELLANO | § § § | |

### RECEIPT FOR WITHDRAWAL OF EXHIBITS

All original exhibits offered and admitted (see Court's Exhibit Lists) have been returned to counsel.

Date: 4-30-25

_____
Government's Counsel

Date: 4/30/2025

_____
Defendant's Counsel