JUDGE EWING WERLEIN, JR.
Case Manager   Marilyn Flores          Court Reporter Donna Prather
USPO  Megan Chester                    Interpreter No
Time:   10:42 a.m. to 11:08 a.m.       DATE October 3, 2025

----------------------------------------------------------------------------------------------

# CR. No. H-21-559

| UNITED STATES OF AMERICA | § | Jill Stotts, AUSA |
| | § | Benjamin Smith, AUSA |
| vs. | § | |
| | § | |
| JOHN CASTELLANO (01) | § | Eugene Tausk, CJA |

----------------------------------------------------------------------------------------------

## SENTENCING

  X    Sentencing held on **Ct(s) 1 and 2** pursuant to a **Guilty Verdict** on 4/30/2025.

  X    **SENTENCE:** Ct(s) **1 and 2**   BOP Custody for a total of **70 months**
       **Supervised Release Term** for a total of **3**  yrs
       **Fine :  $2,000.00**
       Payments are to be made to the U.S.D.C. in installments of $25.00 per quarter or  ½ of prison earnings, which ever is greater, while incarcerated, and in the amount of $ 50.00 per month, after release, to begin within 60  days of judgment or release from incarceration.
       **Special Assessment** on Ct(s)  **1 and 2**  for a total of **$ 200.00**  due immediately.

  X   While on supervised release, you shall not commit another federal, state, or local crime, shall comply with the standard conditions that have been adopted by this Court (under General Order No. 2017-01), abide by any mandatory condition(s) required by law, and shall comply with the additional conditions as noted in the **Appendix of the Presentence Investigation Report.**
  X    Collection of DNA sample
  X     Other: Recommendation to BOP to provide Defendant with medical assessment and treatment as needed provided that his medical records are submitted.

  X    TIME TO SERVE    X    WRITTEN NOTICE REGARDING APPEAL RIGHTS
           Total Offense Level: 26           Crim. History Cat.:  I
           Custody Range: 63-78 months       Fine Range:  $25,000 - $250,000

  X    Dft **REMANDED** to custody;

  X    Terminate other settings and motions for this defendant