United States District Court
Southern District of Texas
**ENTERED**
October 06, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NO.: 4:21-cr-00559 |
| | § | |
| v. | § | JUDGE EWING WERLEIN |
| | § | |
| JOHN CASTELLANO, | § | |
| Defendant | § | |

FINAL ORDER OF FORFEITURE

Following the Defendant's guilty verdict, and based on the evidence in the record, the Court finds that the United States of America has established the requisite nexus between the property listed below and the offense of conviction.  It is ORDERED that:

1.   The following property is forfeited to the United States of America:

      a.   Barrett, Model 82A1,SN: AA009124, .50 caliber rifle
      b.   Barett, Model 82A1,SN: AA009181, .50 caliber rifle

2.   The United States of America is authorized to seize the forfeited property.

3.   The United States of America shall publish notice of this forfeiture order and shall send notice to any person who reasonably appears to be a potential claimant withstanding to contest the forfeiture in the ancillary proceeding.

4.   Any person, other than the Defendant, asserting a legal interest in the forfeited property may, within thirty (30)

1

days of the final publication of notice or receipt of notice,

whichever is earlier, petition the Court for a hearing to

adjudicate the validity of the alleged interest in the property.

5.    This forfeiture order shall be made a part of the

Defendant's sentence and included in the judgment.

Signed at Houston, Texas, on ___October 3___ , 2025.

Ewing Werlein
United States District Judge

2